John Powers Wolff III
Keogh, Cox & Wilson
P. O. Box 1151
Baton Rouge LA 70821

Tiffany N. Thornton
Keogh, Cox & Wilson
P. O. Box 1151
Baton Rouge LA 70821

John Dale Powers
Powers & Hightower
P. O. Box 15948
Baton Rouge LA 70895

**REHEARING ACTION: November 21, 2007**

**Docket Number: 07   00393-CA**

**HERFF JONES, INC., ET AL.**
**VERSUS**
**NETTIE SUE GIROUARD, ET AL.**

**Appealed from Lafayette Parish Case No. 20064331**

**BEFORE JUDGES:**

  **Hon. Jimmie C. Peters**
  **Hon. Glenn B. Gremillion**
  **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Graduate Supply, Inc.** has this day been

  **DENIED.**

cc: Jean Albert Ouellet, Counsel for the Appellant
    Marc Stephen Whitfield, Counsel for the Appellee

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

John Powers Wolff  III                    Tiffany N. Thornton
Keogh, Cox & Wilson                       Keogh, Cox & Wilson
P. O. Box 1151                            P. O. Box 1151
Baton Rouge LA 70821                      Baton Rouge LA 70821

John Dale Powers
Powers & Hightower
P. O. Box 15948
Baton Rouge LA 70895


**REHEARING ACTION: November 21, 2007**


**Docket Number: 07   00393-CA**

**HERFF JONES, INC., ET AL.
VERSUS
NETTIE SUE GIROUARD, ET AL.**

**Appealed from Lafayette Parish Case No. 20064331**


**BEFORE JUDGES:**

    **Hon. Jimmie C. Peters
    Hon. Glenn B. Gremillion
    Hon. J. David Painter**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Herff Jones, Inc.** has this day been

    **DENIED.**


cc: Jean Albert Ouellet, Counsel for the Appellant
    Marc Stephen Whitfield, Counsel for the Appellee